## CAMPBELL v. WARDEN OF MARYLAND PENITENTIARY

[H. C. No. 46, October Term, 1956.]

*Decided November 30, 1956.*

Before BRUNE, C. J., and COLLINS, HENDERSON, HAMMOND and PRESCOTT, JJ.

HAMMOND, J., delivered the opinion of the Court.

This application for leave to appeal from a refusal to issue a writ of *habeas corpus* must be denied. The grounds for relief raised by this petitioner are precisely the same as those of his co-defendant, Charles Devonshire, which we held to be without merit in *Devonshire v. Warden*, 211 Md. 655.

*Application denied, applicant to pay the costs.*